UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :                    ORDER
                                    :
Latanya Pierce                      :
                                    :           12 CR 340 (SAS)
                                    :                Docket #
                                    :
------------------------------------x

Scheindlin            , DISTRICT JUDGE:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

Richard Albert is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC for Nov 13, 2012 only

                              SO ORDERED.


                      _____
                          UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         Nov. 13, 2012