UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA, :

    -against- : 12 Cr. 340 (WHP)

Latanya Pierce, : ORDER
               Defendant. :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

    The Government is to reply to Defendant's letter, ECF no. 349 by June 18, 2021.

Dated: May 27, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.